LARRY O. FOLKS (#012142)
LISA S. KASS
FOLKS & O'CONNOR, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
Telephone: (602) 256-9152
Facsimile: (602) 256-9101

*Attorneys for Movant, JPMorgan Chase Bank, NA,*

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: May 17, 2010

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DEBRA NOVELLE HAFERKORN,<br><br>Debtor.<br><br>JPMORGAN CHASE BANK, NA,<br><br>Movant,<br><br>vs.<br><br>DEBRA NOVELLE HAFERKORN and EDWARD J. MANEY, CHAPTER 13 TRUSTEE,<br><br>Respondents. | Chapter 13 Proceedings<br><br>Case No.: 2:09-bk-29053-SSC<br><br><br><br>**STIPULATED ORDER FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY**<br><br>Re: Personal Printer – 2005 Xerox Printer |

JPMorgan Chase Bank, NA ("JPMorgan Chase") and Debra Novelle Haferkorn, the Debtor (the "Debtor") in the above-captioned Chapter 13 case, hereby stipulate and agree as follows:

## RECITALS

1. On November 11, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*

2. On September 26, 2005, EZ Farm, Inc. (the "Borrower") executed and delivered a promissory note to JPMorgan Chase in the original principal amount of

$56,000.00 (the "Note"). A true and accurate copy of Note is attached to the Motion for Relief from the Automatic Bankruptcy Stay (the "MFR")(Docket #19) as **Exhibit 1** and is herein incorporated by this reference.

3. Page 2 of the Note provides as follows:

SECURITY AGREEMENT. Borrower hereby grants, pledges and assigns to Lender, as security for repayment of the Indebtedness, a security interest in the following Printer, together with any substitutions and replacements therefore, and all products and proceeds thereof:

Equipment – Model 2045 – Make: Xerox – Vin: PM9-328588, Year 2005 (the "Printer"). *See* **Exhibit 2** at 2.

4. On October 4, 2005, a UCC-1 financing statement was filed with the Arizona Secretary of State as Instrument No. 200513865015 (the "Financing Statement"). The Financing Statement evidences JPMorgan Chase's valid, perfected and first priority lien on the Printer. A true and accurate copy of the Financing Statement is attached to the MFR as **Exhibit 2** and is herein incorporated by this reference.

5. An event of default under the Note consists of Borrower's failure to make any payment when due under the Note.

6. The Borrower defaulted under the terms of the Note by among other things, failure to make payment when due under the Note (the "Default").

7. As of November 22, 2009, JPMorgan Chase was owed a principal amount of $35,250.61 (the "Loan Balance").

8. Movant is the holder of the Note and the Financing Statement that collectively grants Movant a valid, perfected and first position lien upon the Printer.

9. The Printer is not property of the Debtor's Bankruptcy Estate as it is owned by the Borrower. As such, the Debtor intends to surrender the Printer to JPMorgan Chase.

10. On March 15, 2010, the Debtor filed an Objection to the Motion for Relief. This matter is set for a Preliminary Hearing on May 12, 2010 at 1:30 pm.

11. Following the Debtor's Objection, Debtor's attorney advised counsel for JPMorgan Chase that the Debtor would stipulate to relief from stay. Based on the foregoing,

in good faith, and to avoid the costs of litigation, the Debtor has agreed to allow the stay to be lifted on an immediate basis.

Based upon the foregoing Recitals and the Stipulated Order of the Parties, **THE COURT HEREBY FINDS AND CONCLUDES THAT:**

12. The Recitals are incorporated herein by this reference and adopted as part of the Court's Findings and Conclusions.

13. JPMorgan Chase has a valid, perfected and enforceable lien and security interest in the Printer referred to in the Recitals above.

14. The Printer is not property of the Bankruptcy Estate.

15. The Loan Balance is no less than $32,250.61.

16. The parties hereto agree that they will perform such acts and execute such documents, if any, as necessary or appropriate to implement and effectuate this Stipulated Order according to its terms.

17. All of the parties hereto have been represented and advised by counsel with respect to this Stipulated Order, and have entered this Stipulated Order freely and voluntarily after sufficient investigation of its terms and promises. This Stipulated Order is intended to be enforceable according to its written terms, and there are no promises, oral agreements, or expectations of the parties to the contrary.

**IT IS HEREBY ORDERED** that upon entry of this Stipulated Order, all stays and injunctions, including, but not limited to, the automatic stay of Bankruptcy Code § 362, shall be lifted and JPMorgan Chase shall have effective and immediate stay relief.

**IT IS FURTHER ORDERED** that this Stipulated Order shall govern and control all dealings between the Parties with respect to every matter that is the subject of this Stipulated Order. This Stipulated Order shall be binding upon and inure to the benefit of the successors and assigns of JPMorgan Chase and the Debtor. Nothing in the Stipulated Order is intended to, nor shall, affect JPMorgan Chase's (or its respective successors-in-interest's) rights, remedies or obligations under the Note, Financing Statement or applicable non-bankruptcy law.

**IT IS FURTHER ORDERED** that the Preliminary Hearing set for May 12, 2010 at 1:30 pm is vacated.

DATED THIS _____ day of May, 2010.

_____
THE HONORABLE SARAH SHARER CURLEY

APPROVED AS TO FORM AND CONTENT:

Folks & O'Connor, PLLC

By   /s/ Lisa S. Kass
Larry O. Folks
Lisa S. Kass
1850 N. Central Ave., Suite 1140
Phoenix, AZ 85004
*Attorneys for Movant*

The Law Offices of Nasser U. Abujbarah

By   /s/ Nasser U. Abujbarah  NUA by Lisa S. Kass
Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, AZ 85257
*Attorneys for the Debtor*

4

| | |
|---|---|
| 1 | **ORIGINAL** filed by **ECF** and **COPIES** of the foregoing mailed |
| 2 | this ____ day of May, 2010, to: |
| 3 | Debra Novelle Haferkorn |
| 4 | 9307 E. Cortez Street |
| | Scottsdale, AZ 85260 |
| 5 | *Debtor* |
| 6 | |
| | Nasser U. Abujbarah |
| 7 | The Law Offices of Nasser U. Abujbarah |
| | 7025 E. McDowell Road, Suite 9 |
| 8 | Scottsdale, AZ 85257 |
| 9 | *Attorney for Debtor* |
| 10 | Edward J. Maney |
| 11 | P.O. Box 10434 |
| | Phoenix, AZ 85064-0434 |
| 12 | *Chapter 13 Trustee* |
| 13 | |
| | US Trustee |
| 14 | Office of the US Trustee |
| | 230 N. First Avenue, Suite 204 |
| 15 | Phoenix, AZ 85003 |
| 16 | |
| | By  /s/ Kathlyn Maez |
| 17 |      *An Employee of Folks & O'Connor, PLLC* |